**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 05 2004

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | § § | CIVIL ACTION |
| Plaintiff | § § | NO. 4-04-CV 080 JWC |
| VS. | § § § | |
| DETCO INDUSTRIES, INC | § § | |
| Defendant | | |

### MOTION TO DISMISS, OR, IN THE ALTNERNATIVE, MOTION TO STAY OR TRANSFER

Comes now the Defendant, Detco Industries, Inc., by and through its attorney, William C. Brazil, and moves this Court for dismissal of the complaint or, in the alternative, stay or transfer. Attached to this motion as Exhibit A are the Complaints in Underlying Actions.

Respectfully submitted,

DECTO INDUSTRIES, INC.

By: /s/ William C. Brazil
William C. Brazil, ABA #67005
Brazil, Adlong, Aydelott &
Winningham, PLC
719 Harkrider, Suite 201
Conway, AR 72032
501-327-4457



## CERTIFICATE OF SERVICE

    I, William Clay Brazil, do hereby state that true and correct copy of the above and foregoing was placed in the U.S. Mail on this 4th day of March, 2004 and mailed to:

Mr. James W. Tilley  
Attorney at Law  
200 S. Commerce, Suite 200  
Little Rock, AR 72201

William Clay Brazil